1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   AURORA CERVANTES,

Case No.    1:14-cv-01289-LJO-SAB

12            Plaintiff,

**ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

13            vs.

14   NOR-CAL CHICKENS, INC., dba EL POLLO LOCO STORE 3424, EL POLLO LOCO, INC.
15   and DOES 1-10, inclusive,

16            Defendants.

17

18        On October 31, 2014, Plaintiff filed a stipulation to dismiss this action with prejudice as the

19   parties have reached a settlement.  Based upon the stipulation of the parties, this action is dismissed

20   with prejudice in its entirety.  Each party shall bear its own costs, expenses, and attorney fees incurred

21   in this action.

22
     IT IS SO ORDERED.
23

     Dated:   **November 3, 2014**            **/s/ Lawrence J. O'Neill**
24                                            UNITED STATES DISTRICT JUDGE

25
26
27
28